| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>Ethan Jacobs SBN 291838<br>Ethan Jacobs Law Corporation<br>100 Pine Street 1250<br>San Francisco, CA 94111<br>ATTORNEY FOR   Plaintiff | TELEPHONE NUMBER<br>415-275-0845 | FOR COURT USE ONLY |
|---|---|---|
| NORTHERN DISTRICT, SAN FRANCISCO<br>450 Golden Gate Ave.<br>San Francisco, CA 94102 | | |
| SHORT TITLE OF CASE:<br>Facilitate Corporation Pte Ltd v. Twitter, Inc. and X Corp., Inc. | | |
| DATE:         TIME:         DEP./DIV. | | CASE NUMBER:<br>3:23-cv-3242 |
| **Declaration of Service** | | Ref. No. or File No:<br>Facilitate Corporation Pte Ltd |

United States District Court

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and

not a party to the within entitled action. I served the: **Summons; Complaint; civil case coversheet; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE; ORDER REASSIGNING CASE; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA - CONTENTS OF CASE MANAGEMENT STATEMENT; CIVIL STANDING ORDER FOR JUDGE YVONNE GONZALEZ ROGERS; ECF REGISTRATION INFORMATION; NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS; WAIVER OF THE SERVICE OF SUMMONS**

On: **X Corp., Inc.**

**330 N Brand Blvd  Glendale, CA 91203**

In the above named action by delivering to and leaving with:

**Diana Ruiz, CT CORP**  Whose title is: **Intake Specialist**

On: **7/10/2023**            Date:  **12:40 PM**

Fees paid: **$0.00**

Person attempting service:
  a. Name: **Bruce Anderson**
  b. Address: **507 Polk Street Suite 320, San Francisco, CA 94102**
  c. Telephone number: **415-546-6000**
  d. **The fee** for this service was:
  e. I am an independent contractor

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.



Bruce Anderson                                    Date: **07/11/2023**

Declaration of Service                              Invoice #: 7831256-02