Ethan Jacobs (SBN 291838)
Ethan Jacobs Law Corporation
100 Pine St., Suite 1250
San Francisco, California 94111
Telephone: (415) 275-0845
ethan@ejacobslaw.com

Attorneys for Plaintiff
Facilitate Corporation Pte Ltd

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| Facilitate Corporation Pte Ltd,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>Twitter, Inc. and X Corp., Inc.,<br><br>　　　　　Defendants. | Case No.: 4:23-cv-03242-YGR<br><br>**PLAINTIFF FACILITATE CORPORATION PTE LTD'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT AND CIVIL L.R. 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Facilitate Corporation Pte Ltd, through the undersigned, hereby discloses its parent corporations and publicly held companies owning 10% or more of stock (if any) as follows: None.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Facilitate Corporation Pty Ltd
2. Facilitate Europe Ltd

---

3. Master Projects Australia Pty Ltd

4. Michael Harrison

5. Rob Parker

6. Tanya Parker

Dated: July 19, 2023                    ETHAN JACOBS LAW CORPORATION

                                                   By:    /s/ Ethan Jacobs

                                                   ETHAN JACOBS
                                                   Attorneys for Plaintiff
                                                   Facilitate Corporation Pte Ltd