J. JONATHAN HAWK (SBN 254350)
jhawk@whitecase.com
WHITE & CASE LLP
555 South Flower Street, Suite 2700
Los Angeles, CA  90071-2433
Telephone:  (213) 620-7700
Facsimile:  (213) 452-2329

Attorneys for Defendant X CORP., as successor in interest to first named Defendant Twitter, Inc.

ETHAN JACOBS (SBN 291838)
ethan@ejacobslaw.com
ETHAN JACOBS LAW CORPORATION
100 Pine Street, Suite 1250
San Francisco, CA  94111
Telephone:  (415) 275-0845

Attorneys for Plaintiff
FACILITATE CORPORATION PTE, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Facilitate Corporation Pte Ltd,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Twitter, Inc. and X Corp., Inc,<br><br>　　　　　Defendants. | No. 4:23-cv-03242-YGR<br><br>**JOINT STIPULATION EXTENDING DEADLINE TO RESPOND TO COMPLAINT PURSUANT TO CIVIL LOCAL RULE 6-1(a)** |

1  Pursuant to Civil Local Rule 6-1(a), plaintiff Facilitate Corporation Pte Ltd ("Facilitate")
2  and defendant X Corp., as successor in interest to first named defendant Twitter, Inc. ("Twitter"),
3  by and through their respective attorneys of record, hereby stipulate to extend Twitter's deadline
4  to respond to the complaint by 21 days from July 31, 2023, to August 21, 2023.

5  WHEREAS, on July 3, 2023, Facilitate filed its Complaint in this Court.

6  WHEREAS, on July 10, 2023, Facilitate served the Complaint and the summons on
7  Twitter.

8  WHEREAS, Twitter has requested, and Facilitate has agreed under Civil Local Rule 6-
9  1(a), to extend the deadline for Twitter to respond to the Complaint by 21 days, from July 31,
10 2023, to August 21, 2023.

11 WHEREAS, the extension of time to respond to the Complaint will not alter the date of
12 any event or deadline already fixed by Court order.

13 WHEREAS, the extension of time to respond to the Complaint is not sought for the
14 purpose of unnecessary delay.

15 NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that
16 Twitter's deadline to file its response to the Complaint shall be extended 21 days to August 21,
17 2023.

18  Dated:  July 28, 2023            WHITE & CASE LLP

                                    By: _/s/_ *J. Jonathan Hawk*_____
                                            J. Jonathan Hawk

                                    Attorneys for Defendant X CORP., as successor in
                                    interest to first named Defendant Twitter, Inc.

23  Dated:  July 28, 2023            ETHAN JACOBS LAW CORPORATION

                                    By: _/s/_ *Ethan Jacobs*_____
                                            Ethan Jacobs

                                    Attorneys for Plaintiff
                                    FACILITATE CORPORATION PTE LTD

-1-

## DECLARATION OF J. JONATHAN HAWK

I, J. Jonathan Hawk, declare:

1. I am a partner of the law firm White & Case LLP, attorneys of record in this action for defendant X Corp., as successor in interest to first named defendant Twitter, Inc. ("Twitter"). I have personal knowledge of the facts set forth herein and could testify competently thereto if called upon to do so.

2. Ethan Jacobs, Facilitate Corporation Pte Ltd's attorney of record, concurred in the filing of the attached joint stipulation, which concurrence shall serve in lieu of his signature on that filed document. I have obtained and will maintain records to support this concurrence for subsequent production to the Court if so ordered or for inspection upon request by a party until one year after resolution of the action, including appeal, if any.

Dated: July 28, 2023

WHITE & CASE LLP

By: */s/ J. Jonathan Hawk*
       J. Jonathan Hawk

Attorneys for Defendant X CORP., as successor in interest to first named Defendant Twitter, Inc.