1 | J. JONATHAN HAWK (SBN 254350)
2 | jhawk@whitecase.com
  | WHITE & CASE LLP
3 | 555 South Flower Street, Suite 2700
  | Los Angeles, CA  90071-2433
4 | Telephone:  (213) 620-7700
  | Facsimile:  (213) 452-2329

5 | Attorneys for Defendant X CORP., as
  | successor in interest to first named
6 | Defendant Twitter, Inc.

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | SAN FRANCISCO DIVISION

11 | Facilitate Corporation Pte Ltd,        No. 4:23-cv-3242-YGR

12 |                Plaintiff,
                                          **DECLARATION OF** ▮
13 |                                       **IN SUPPORT OF ADMINISTRATIVE**
          v.                              **MOTION TO FILE UNDER SEAL**
14
     Twitter, Inc. and X Corp., Inc,
15
                   Defendants.
16

1          **DECLARATION OF** ▮▮▮▮▮▮▮▮

2    I ▮▮▮▮▮▮▮ declare as follows

3          1.      I am currently ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ a wholly-owned subsidiary of X Holdings Corp. ("X Holdings").  In my role, I have acquired personal knowledge of X Holdings' owners/shareholders and X Holdings' policy relating to the confidentiality of its business and financial information, including the identities of its owners/shareholders.  The facts set forth in this declaration are true and correct to the best of my knowledge, information, and belief, and are based on my personal knowledge and/or information to which I have access.

          2.      I submit this declaration in support of the Administrative Motion to File Under Seal, filed by Defendant X Corp., as successor in interest to second named Defendant Twitter, Inc. ("Twitter") in *Facilitate Corporation Pte Ltd v. Twitter, Inc. et al.,* No. 4:23-cv-03242-YGR.

          3.      The owners/shareholders of X Holdings include various individual persons, private family and other trusts, and other private entities (such as funds, LLCs and corporations).  As a matter of routine practice and policy, X Holdings does not publish or make publicly available information regarding its owners/shareholders and treats such information as confidential.  Individuals and entities investing and taking an ownership interest in a private corporation such as X Holdings expect that such information will remain private.  The disclosure of such information violates this expectation of privacy.  Also, in certain cases, X Holdings is contractually bound to keep such information confidential.

          4.      The wholesale disclosure of information regarding its owners/shareholders potentially could enable X Holdings' competitors to undermine X Holdings' competitive position in the marketplace, allow current or prospective business partners or counterparties to take unfair advantage of X Holdings in negotiations or other business affairs, or otherwise prejudice X Holdings' business interests.  To that end, X Holdings has policies that prohibit employees from accessing information beyond what is reasonably necessary to perform their duties, limiting access to certain non-public information, permitting access to documents and data on a need-to-know basis, and requiring employees to sign confidentiality agreements.

5. I understand that the Twitter's Administrative Motion to File Under Seal requests that the Court maintain information regarding the identities of X Holdings' owners/shareholders under seal. This information is private and confidential, and the disclosure of such information would be injurious to the owners/shareholders for the reasons stated above.

6. I also understand that X Corp.'s Administrative Motion to File Under Seal requests that the Court maintain under seal certain identifying information contained in this declaration. I may face threats, harassment, and an invasion of privacy if my identity were disclosed, and the disclosure of such identifying information would be injurious to me for those reasons.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September ___, 2023 in ▮▮▮▮▮▮▮▮▮▮

9/20/2023

▮▮▮▮▮▮▮▮▮▮