|  |  |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Facilitate Corporation Pte Ltd, | No. 4:23-cv-3242-YGR |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| Twitter, Inc. and X Corp., Inc, | |
| Defendants. | |

# [PROPOSED] ORDER

The Court, having considered the papers submitted by named Defendant X Corp., as successor in interest to first named Defendant Twitter, Inc. ("X Corp."), in support of its Administrative Motion to File Under Seal (the "Motion"), hereby **GRANTS** the Motion in its entirety. The Court orders that X Corp.'s Supplemental Corporate Disclosure Statement and Employee Declaration be sealed as follows:

| Portion of Document Sought to Be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Supplemental Corporate Disclosure Statement | Employee Declaration, ¶¶ 3, 4, 5. | |
| Employee Declaration at caption page, line 12, and pages, lines 1:1-3 and 2:11-14 | Employee Declaration, ¶ 6. | |

**IT IS SO ORDERED**.

Dated: _____

_____
HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER;
NO. 4:23-cv-3242-YGR