UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Facilitate Corporation Pte Ltd,<br><br>   Plaintiff,<br><br>   v.<br><br>Twitter, Inc. and X Corp., Inc,<br><br>   Defendants. | No. 4:23-cv-3242-YGR<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

**[PROPOSED] ORDER**

The Court, having considered the papers submitted by named Defendant X Corp., as successor in interest to first named Defendant Twitter, Inc. ("X Corp."), in support of its Administrative Motion to File Under Seal (the "Motion"), hereby **GRANTS** the Motion in its entirety. The Court orders that X Corp.'s Supplemental Corporate Disclosure Statement and Employee Declaration be sealed as follows:

| Portion of Document Sought to Be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Supplemental Corporate Disclosure Statement | Employee Declaration, ¶¶ 3, 4, 5. | |
| Employee Declaration at caption page, line 12, and pages, lines 1:1-3 and 2:11-14 | Employee Declaration, ¶ 6. | |

**IT IS SO ORDERED**.

Dated: _____        _____
HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE