| | |
|---|---|
| 1 | J. Jonathan Hawk (SBN 254350) |
|  | jhawk@mwe.com |
| 2 | **McDERMOTT WILL & EMERY LLP** |
|  | 2049 Century Park East, Suite 3200 |
| 3 | Los Angeles, CA  90067-3206 |
|  | Telephone:     1 310 277 4110 |
| 4 | Facsimile:      1 310 277 4730 |

Attorneys for Second Named Defendant
X CORP., Successor In Interest to First Named
Defendant, Twitter, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Facilitate Corporation Pte Ltd, | CASE NO.  4:23-cv-03242-YGR |
| Plaintiff, | **NOTICE OF CHANGE IN COUNSEL AND [PROPOSED] ORDER APPROVING CHANGE IN COUNSEL** |
| v. | |
| Twitter, Inc. and X Corp., Inc., | |
| Defendants. | |

1  TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF
2  RECORD:
3  PLEASE TAKE NOTICE THAT, effective November 1, 2023, undersigned counsel for
4  second named defendant X Corp., successor in interest to first named defendant Twitter, Inc. ("X
5  Corp."), J. Jonathan Hawk, is no longer an attorney with the law firm of WHITE & CASE LLP,
6  and is an attorney with the law firm of MCDERMOTT WILL & EMERY LLP.  Mr. Hawk was X
7  Corp.'s sole remaining counsel at WHITE & CASE in this matter.  X Corp. thus designates the law
8  firm of MCDERMOTT WILL & EMERY as its counsel of record in lieu and in place of the law
9  firm of WHITE & CASE LLP.  Under Local Rule 11-5 and Northern District of California General
10 Order No. 45 IV.C, X Corp. respectfully requests that the Court approve this change in counsel.

Former Counsel:

    WHITE & CASE LLP
    J. Jonathan Hawk (SBN 254350)
    jhawk@whitecase.com
    555 S. Flower Street, Suite 2700
    Los Angeles, CA 90071

New Counsel:
    MCDERMOTT WILL & EMERY LLP
    J. Jonathan Hawk (SBN 254350)
    jhawk@mwe.com
    2049 Century Park East, Suite 3200
    Los Angeles, CA 90067

    Counsel for Second Named Defendant X Corp.,
    successor in interest to First Named Defendant Twitter, Inc.

THE UNDERSIGNED STIPULATE AND CONSENT TO THE ABOVE CHANGE IN COUNSEL:

Dated: November 7, 2023        Respectfully submitted,

                                      X CORP.

                                      By: _____
                                              Ben Elron

MCDERMOTT WILL & EMERY LLP


By:  /s/ J. Jonathan Hawk
　　　J. Jonathan Hawk


PURSUANT TO THE FOREGOING, IT IS SO ORDERED.

Dated: _____  _____
　　　　　　　　　　　　　　　　　　　The Honorable Yvonne Gonzalez Rogers
　　　　　　　　　　　　　　　　　　　United States District Judge