ETHAN JACOBS (SBN 291838)
ethan@ejacobslaw.com
ETHAN JACOBS LAW CORPORATION
100 Pine Street, Suite 1250
San Francisco, CA  94111
Telephone:  (415) 275-0845

Attorneys for Plaintiff
Facilitate Corporation Pte Ltd

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Facilitate Corporation Pte Ltd,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Twitter, Inc. and X Corp., Inc.,<br><br>　　　　　Defendants. | Case No. 4:23-cv-03242-YGR<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL OF ACTION WITH PREJUDICE |

　　　　IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this action is dismissed in its entirety, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own costs and attorney fees.

Dated this 27th  day of November 2023.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Yvonne Gonzalez Rogers

[~~Proposed~~] Order　　　　　　　　　　　　　　　　　　　　Case No. 4:23-cv-03242-YGR